No. 7147.

INEZ DE BLANC VS. JOHN R. CLAY ET ALS.

Executory process upon a mortgage, not reinscribed within ten years, can be successfully resisted by a third person owning the property.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

Burkhardt *vs.* Langles.

*Louque* for Plaintiff.    *Drouet* and *Villere* for Defendant.

SPENCER, J., delivered the opinion affirming the judgment.